IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
FT.WORTH DIVISION

| | | |
|---|---|---|
| Robert (Bob) Robert | § | IN THE JUSTICE COURT |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | PRECINCT 3 |
| DIVERSIFIED CREDIT SYSTEMS, ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, JULIE HEDRICK, ERIK HARRIS, Defendants. | § | TARRANT COUNTY, TEXAS |

<u>AFFIDAVIT OF EUGENIO VARGAS IN SUPPORT OF PLAINTIFF'S
ORIGINAL PETITION AND MOTION TO VACATE</u>

BEFORE ME, the undersigned authority, on this day personally appeared Eugenio Vargus, who being by me first duly sworn, did state:

1. "I am employed as a Flight Attendant working with American Airlines, Inc. and I served as the National Treasurer for the Association of Professional Flight Attendants ("APFA"), from April 1, 2016 to July 1, 2018. I have personal knowledge of the fact, I am 21 years or older and of sound mind to make these statements.

    a. During my administration of my duties as National Treasurer, it was my responsibility to review all incoming charges, expenses and receipts of the APFA National President. It was my responsibility to raise any concern and forward any charge or receipt with which I questioned as to whether it was a valid business-related expense,

**Exhibit C**   1 of 2

b. back to the individual for a more detailed explanation prior to granting approval or denial.

b. At that time I served with Robert "Bob" Ross ("Ross") as the National President of APFA. Any charges made by Ross, that I questioned were cleared and all questions rectified. Any of Ross's union credit card charges, expenses and receipts that I reviewed and approved were in compliance with APFA policy at the time of approval.

c. Charges made by Robert "Bob" Ross never gave rise to any suspicion of theft, misappropriation, or breach of his fiduciary duty, or conduct unbecoming an APFA officer whatsoever.

d. On or about May 25, 2018, I had a conversation with Robert (Bob) Ross regarding any outstanding charges that should be repaid to APFA. I informed him the charges made for his furniture for the APFA apartment should be repaid. He authorized me to contact APFA payroll and have the expenses of $3637.92 - $331.28 (deduction for returned furniture) deducted from his payroll, which I sent an email to payroll to have these funds deducted.

FURTHER AFFIANT SAYETH NOT.

*Eugo Vargus*

_____

**Eugenio Vargus**
Eugenio Vargas who produced Texas drivers license as identification

2 of 2

**Exhibit C**

SWORN AND SUBSCRIBED TO before me on this <u>17th</u> day of April, 2022.

*E'Chanda Manette Goodman*

Notary Public, State of Texas
Remote Online Notary Public
State of Texas, Jefferson County



ECHANDA MANETTE GOODMAN
Notary ID #132642149
My Commission Expires
August 25, 2024

KBA online using audio video communication

**Exhibit C**   3 of 2