UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ROBERT ROSS,**

   Plaintiff.

v.                                                               No. 4:22-cv-0333-P

**ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, ET AL.,**

   Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order issued this same day (ECF No.4):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the parties and the case shall be closed.

**SO ORDERED** on this **20th day of April, 2022**.

_____
Mark T. Pittman
United States District Judge